EXHIBIT A

1

2  RICHARD ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
3  RYAN M. HAGAN, Cal Bar #200850
   ALEXANDER, HAWES & AUDET, LLP
4  152 North Third Street, Suite 600
   San Jose, CA 95112
5  Telephone:  (408) 289-1776
   Facsimile:  (408) 287-1776
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
8  333 West San Carlos Street
   Suite 1600
9  San Jose, CA  95110
   Telephone:  (408) 993-9911
10 Facsimile:   (408) 993-1335

11
   THOMAS M. CARNEY, admitted *pro hac vice*
12 CAROL A. RUTTER, admitted *pro hac vice*
   HUSCH & EPPENBERGER, LLC
13 190 Carondelet Plaza, Suite 600
   St. Louis, MO  63105-3441
14 Telephone:  (314) 480-1500
   Facsimile:  (314) 480-1505
15 **Attorneys for Defendant Olin Corporation**

16              UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
17

18 ROBERT MARTIN AND VICTORIA         )   Case No.:  C 03-05231 RMW
   MARTIN ,                           )
19                                    )   **STIPULATION FOR DISMISSAL WITH**
                                      )   **PREJUDICE OF DEFENDANT OLIN**
20         Plaintiffs,                )   **CORPORATION BY PLAINTIFFS**
                                      )   **ROBERT MARTIN AND VICTORIA**
21 v.                                 )   **MARTIN**
                                      )
22 OLIN CORPORATION, et al.,          )
                                      )
23         Defendants.                )
                                      )
24 ───────────────────────────────────)

25

26      Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Robert Martin and Victoria Martin and

27 Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.

28 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Robert

1  Martin and Victoria Martin as to defendant Olin Corporation. All parties to bear their own

2  costs and legal fees incurred to date in this action.

3  Dated: 8/8/05

4

5                                  Respectfully submitted,

6

7                                  ALEXANDER, HAWES & AUDET, LLP

8                                  By: _____

9                                      RICHARD D ALEXANDER, Cal. Bar #48432
                                       JEFFREY W/ RICKARD, Cal. Bar #125180
10                                     RYAN M. HAGAN, Cal Bar #200850
                                       152 North Third Street, Suite 600
11                                     San Jose, CA 95112
                                       Telephone:  (408) 289-1776
12                                     Facsimile:   (408) 287-1776

13                                 Attorneys for Plaintiffs Robert Martin and Victoria Martin

14

15                                 HUSCH & EPPENBERGER, LLC

16                                 By: ___/s/ Carol A. Rutter_____

17                                     THOMAS M. CARNEY, admitted *pro hac vice*
                                       CAROL A. RUTTER, admitted *pro hac vice*
18                                     190 Carondelet Plaza, Suite 600
                                       St. Louis, MO  63105-3441
19                                     Telephone:  (314) 480-1500
                                       Facsimile:   (314) 480-1505
20
                                       RANDALL C. CREECH, Cal. Bar #65542
21                                     CREECH, LIEBOW & KRAUS
                                       333 West San Carlos Street
22                                     Suite 1600
                                       San Jose, CA  95110
23                                     Telephone:  (408) 993-9911
                                       Facsimile:   (408) 993-1335
24
                                   Attorneys for Defendant Olin Corporation
25

26

27

28

2077490.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Robert Martin and Victoria Martin - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| ROBERT MARTIN AND VICTORIA MARTIN, | ) | Case No.: C 03-05231 RMW |
| Plaintiffs, | ) ) ) | **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS ROBERT MARTIN AND VICTORIA MARTIN** |
| v. | ) ) | |
| OLIN CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |

THIS MATTER coming on the motion of Plaintiffs Robert Martin and Victoria Martin and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Robert Martin and Victoria Martin's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005          *Ronald M. Whyte*

2077490.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Robert Martin and Victoria Martin - 3**